# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARIA MORALES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

STEVEN A. BOOSKA

# C07 00254 CRB

TO:

Steven A. Booska
250 Montgomery Street, Suite 720
San Francisco, California 94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

1/16/7
DATE

Betty J. Walton
(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W   Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404 | (408) 294-6100 | |
| | Ref. No. or File No.<br>C07-00254-CRB | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

PLAINTIFF:

Maria Morales

DEFENDANT:

Steven A. Booska

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-0254-CRB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in A Civil Case, Complaint, Order Setting Case Management Conference and ADR Deadlines, (see attachment)


2. Party  Served:              Steven A. Booska


3. Person Served:              party in item 2

  a. Left with:                Yolanda Wagemani, Receptionist- Co-Occupant

4. Date & Time of Delivery:    February 26, 2007          9:23 am

5. Address, City and State:    250 Montgomery Street 720
                               San Francisco, CA  94104

6. Manner of Service:          By leaving the copies with or in the presence of Yolanda Wagemani, Receptionist, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

0.00

Registered California process server.
County: ALAMEDA
Registration No.:850
Expiration: November 8, 2006

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 26, 2007 at Oakland, California.

Signature: _____

Ceaser Railey

FF# 6634249

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W  Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404 | (408) 294-6100 | |
| | Ref. No. or File No.<br>C07-00254-CRB | |
| ATTORNEY FOR (Name): Plaintiff | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

| PLAINTIFF: |
|---|
| Maria Morales |

| DEFENDANT: |
|---|
| Steven A. Booska |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-0254-CRB |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On February 26, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in A Civil Case, Complaint, Order Setting Case Management Conference and ADR Deadlines, (see attachment)

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Steven A. Booska
250 Montgomery Street, 720
San Francisco, CA  94104

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

0.00

Lailani Lopez
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 26, 2007 at Oakland,

*Lailani Lopez* (signature)

Lailani Lopez

FF# 6634249

Attachment

Order Setting Case Management Conference, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of An ADR Process (ADR Local Rule 3-5), ADR Certification By Parties and Counsel, Blank: Stipulation and Proposed Order Selecting ADR Process, Blank: Notice of Need for ADR Phone Conference, Blank: Joint Case Management Statement and Proposed Order, ECF Registration Information Handout, ADR Dispute Resolution Procedures in the Northern District Court of California

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 2/26/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6634249 |
|---|

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W    Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 416 SAN JOSE, CA  95113-2404 | Contact | Fred W    Schwinn |
| | | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | C07-00254-CRB |

**Case Information:**

Case Number  C07-0254-CRB
County  SAN FRANCISCO
Court  Northern District of California
Case Short Title  Maria Morales vs. Steven A. Booska

| Documents Received: | No. Docs: 12  No. Pgs: 51 |
|---|---|

Summons in A Civil Case, Complaint, Order Setting Case Management Conference and ADR Deadlines, (see attachment)

Party to Serve: Steven A. Booska          Service address: 250 Montgomery Street 720
                                                            San Francisco, CA  94104

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served Faxed back: 2/27/2007 | | |
| | Check No. | Total:  0.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.