1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MARIA MORALES
6

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                     **SAN FRANCISCO DIVISION**

10   MARIA MORALES,                          Case No.  C07-00254-CRB

11                         Plaintiff,

12   v.                                      **NOTICE OF SERVICE OF**
                                             **PLAINTIFF'S INITIAL**
13   STEVEN A. BOOSKA,                       **DISCLOSURES PURSUANT TO**
                                             **FED. R. CIV. P. 26(a)(1)**
14                         Defendant.

15

16          **COMES NOW** the Plaintiff, MARIA MORALES, by and through counsel, Fred W.

17   Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 2nd day of

18   April, 2007, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ.

19   P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid,

20   addressed to the following:

21          June D. Coleman
            Ellis, Coleman, Poirier, La Voie & Steinheimer, LLP
22          555 University Avenue, Suite 200
            Sacramento, CA  95825
23                 Attorney for Defendant

24

25   Dated: April 2, 2007                    By: /s/ Fred W. Schwinn
                                                Fred W. Schwinn, Esq.
26                                              Attorney for Plaintiff
                                                MARIA MORALES
27

28
                                         -1-
   NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES        Case No.  C07-00254-CRB