Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARIA MORALES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA MORALES,<br><br>   Plaintiff,<br><br>v.<br><br>STEVEN A. BOOSKA,<br><br>   Defendant. | Case No. C07-00254-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND** ~~[PROPOSED]~~ **ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIA MORALES, and Defendant, STEVEN A. BOOSKA, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIA MORALES, against Defendant, STEVEN A. BOOSKA, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: April 24, 2007            /s/ Fred W. Schwinn
                                 Fred W. Schwinn, Esq.
                                 Attorney for Plaintiff
                                 MARIA MORALES

Dated: April 24, 2007            /s/ June D. Coleman
                                 June D. Coleman, Esq.
                                 Attorney for Defendant
                                 STEVEN A. BOOSKA

-1-

1  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
2
3  Dated: __April 24, 2007__

   _____
   The Honorable Charles R. Breyer
   Judge of the District Court

   IT IS SO ORDERED
   Judge Charles R. Breyer

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C07-00254-CRB